AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York  ▾

| | | |
|---|---|---|
| Susan Levy | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| BASF Metal Limited, Goldman Sachs International, Goldman Sachs Grouip, Inc, Et. Al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BASF Metals LImited
21st Floor
Heron Tower
110 Bishopgate
London, EC2N4AY
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Levy, Esq.
40 East 10th Street
Suite 2K
New York, New York 10003
(212) 962-1782-Tel
(212) 962-3711 (Fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  9/16/2015                              /s/ P. Canales

                                              *Signature of Clerk or Deputy Clerk*