```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SUSAN LEVY,                                                      :
                                                                 :
                                                                 :        1:15-cv-7317-GHW
                                                    Plaintiff,   :
                                                                 :           ORDER
                      -v -                                       :
                                                                 :
BASF METALS LIMITED, BASF                                        :
CORPORATION, GOLDMAN SACHS                                       :
INTERNATIONAL, GOLDMAN SACHS                                     :
GROUP, INC., GOLDMAN SACHS & CO. INC.,                           :
GOLDMAN SACHS EXECUTION &                                        :
CLEARING, LP, HSBC BANK USA, NA, ICBC                            :
STANDARD BANK PLC, UBS AG, UBS                                   :
SECURITIES LLC, LONDON PLATINUM AND                              :
PALLADIUM MARKET, LONDON PLATINUM                                :
AND PALLADIUM FIXING COMPANY LTD.,                               :
and JOHN DOES #1-40,                                             :
                                                                 :
                                                                 :
                                                  Defendants.    :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2015

GREGORY H. WOODS, United States District Judge:

As discussed during the December 7, 2015 conference, the plaintiff is directed to file a letter with the Court describing whether she intends to seek leave to file an amended complaint before the defendants' file their anticipated motion to dismiss.  If the plaintiff anticipates that she will seek leave to file such an amended complaint, the letter should set forth the plaintiff's proposal regarding the timing for the filing of that motion.

The defendants' motion to dismiss is due by **March 7, 2016**; the plaintiff's opposition is due four weeks after the date of service of the defendants' motion; and the defendants' reply, if any, is due two weeks after the date of service of the plaintiff's opposition.

The defendants' motion to stay discovery until the disposition of the motion to dismiss is due by **December 19, 2015**; the plaintiff's opposition is due ten days after the date of service of the defendants' motion; and the defendants' reply, if any, is due five days after the date of service of the plaintiff's opposition.

SO ORDERED.

Dated: December 9, 2015  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge