UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN LEVY,<br><br>           Plaintiff,<br><br>-against-<br><br>BASF METALS LIMITED, BASF CORPORATION, GOLDMAN SACHS INTERNATIONAL, GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO. GOLDMAN SACHS EXECUTION & CLEARING, LP, HSBC BANK USA, NA, ICBC STANDARD BANK PLC, UBS AG, UBS SECURITIES LLC, LONDON PLATINUM AND PALLADIUM FIXING COMPANY LTD., and John Does #1-20,<br><br>          Defendants. | No. 15-cv-7317-GHW<br><br>**DECLARATION OF MARY ERIN BRENNAN IN SUPPORT OF BASF CORPORATION'S MOTION TO DISMISS** |

  I, MARY ERIN BRENNAN, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

  1.  I am the Manager, Corporate Governance & Transactional Support for defendant BASF Corporation. I understand that BASF Corporation was named as a defendant in this action in an amended complaint filed on or about January 13, 2016. I submit this declaration in support of the motion by BASF Corporation to dismiss for failure to state a claim.

  2.  BASF Corporation is a Delaware corporation with its principal place of business in Florham Park, New Jersey.

  3.  BASF Corporation is not a direct or indirect parent or subsidiary of BASF Metals Limited.

4. I understand that the amended complaint in this action alleges that "BASF Corporation is the parent of BASF Precious Metals Services, which is a member of the Chicago Mercantile Exchange, and is a founding member of the London Platinum and Palladium Market." BASF Corporation does not have a direct or indirect subsidiary named "BASF Precious Metals Services."

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of February, 2016.

_____
MARY ERIN BRENNAN