UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN LEVY,

        Plaintiff,                     Civil Action No. 15-CV-7317 (GHW)

V.

BASF METAL LTD, ET. AL

        Defendants.

## DECLARATION OF SUSAN LEVY, ESQ.

SUSAN LEVY makes the following declaration under the penalty of perjury in accordance with 28 U.S.C. § 1746:

1.    I am a member in good standing of the Bar of this Court, and plaintiff pro se.

2.    I respectfully submit this Declaration in support of Plaintiff's Opposition to the UBS defendants' Supplemental Motion to Dismiss the Plaintiff's Second Amended Complaint and to place certain documents before this Court.

3.    Attached as Exhibit 1 is a correct copy of relevant portions of the UBS Group AG and/or US AG Form 20-F filed with the Securities an Exchange Commission for the Calendar year ending on December 31, 2015. This document is also is publicly available.

4. According to this Form 20-F, for the calendar year 2015, there were 19,897 employees of UBS AG and/or their affiliates working in the United States out of a total of 60,099. As such approximately 33% of the total UBS workforce is located in the United States.

5. Out of the total operating income of UBS of $30.6 Billion Swiss francs, $10.7 Billion Swiss Francs were earned in the United States. Thus, 35% of UBS's total worldwide income is attributed to its operations in the United States.

6. Annexed hereto as Exhibit 2 is a true and correct copy of the Plea Agreement entered into between UBS AG and the United States dated May 20, 2015.

7. Attached hereto as Exhibit 3 is true and complete copy of Exhibit 1 to the Plea Agreement dated May 20, 2015 between UBS AG and the United States.

8. Annexed hereto as Exhibit 4 is a true and correct copy of the CME Group's official list of clearing house members which include UBS Securities, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      September 19, 2016
            New York, New York                    /s/ Susan Levy
                                                  Susan Levy