# EXHIBIT 1

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 20-F

(Mark One)

o     **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2015

OR

o     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from     to

OR

o     **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

# UBS Group AG
Commission file number: 1-36764

# UBS AG
Commission file number: 1-15060

(Exact Name of Registrants as Specified in Their Respective Charters)

**Switzerland**
(Jurisdiction of Incorporation or Organization)

**UBS Group AG**
Bahnhofstrasse 45, CH-8001 Zurich, Switzerland
(Address of Principal Executive Office)

**UBS AG**
Bahnhofstrasse 45, CH-8001 Zurich, Switzerland and
Aeschenvorstadt 1, CH-4051 Basel, Switzerland
(Address of Principal Executive Offices)

David Kelly
677 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 719-3000

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:
Please see page 3.
Securities registered or to be registered pursuant to Section 12(g) of the Act:
Please see page 5.
Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:
Please see page 5.

Source: UBS AG, 20-F, March 18, 2016     Powered by Morningstar Document Research.
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

### Personnel by region

| | As of | | | % change from |
|---|---|---|---|---|
| Full-time equivalents | 31.12.15 | 31.12.14 | 31.12.13 | 31.12.14 |
| Americas | 20,816 | 20,951 | 21,317 | (1) |
| of which: USA | 19,897 | 19,715 | 20,037 | 1 |
| Asia Pacific | 7,539 | 7,385 | 7,116 | 2 |
| Europe, Middle East and Africa | 10,505 | 10,254 | 10,052 | 2 |
| of which: UK | 5,373 | 5,425 | 5,595 | (1) |
| of which: Rest of Europe | 4,957 | 4,663 | 4,303 | 6 |
| of which: Middle East and Africa | 176 | 166 | 153 | 6 |
| Switzerland | 21,238 | 21,564 | 21,720 | (2) |
| Total | 60,099 | 60,155 | 60,205 | 0 |

### Personnel by business division and Corporate Center unit[1]

| | As of | | | % change from |
|---|---|---|---|---|
| Full-time equivalents | 31.12.15 | 31.12.14 | 31.12.13 | 31.12.14 |
| Wealth Management | 10,239 | 10,337 | 9,988 | (1) |
| Wealth Management Americas | 13,611 | 13,322 | 13,545 | 2 |
| Personal & Corporate Banking | 5,058 | 5,206 | 5,209 | (3) |
| Asset Management | 2,277 | 2,323 | 2,217 | (2) |
| Investment Bank | 5,243 | 5,194 | 5,165 | 1 |
| Corporate Center | 23,671 | 23,773 | 24,082 | 0 |
| of which: Services | 23,470 | 23,517 | 23,747 | 0 |
| of which: Group ALM | 125 | 120 | 113 | 4 |
| of which: Non-core and Legacy Portfolio | 77 | 137 | 222 | (44) |
| Total[2] | 60,099 | 60,155 | 60,205 | 0 |

1 Comparative figures in this table may differ from those originally published in quarterly and annual reports due to adjustments following organizational changes. Refer to the "Recent developments" section of our third quarter 2015 report for more information on personnel allocations from Corporate Center – Services to business divisions and other Corporate Center units.   2 Represents information for UBS Group AG (consolidated). As of 31 December 2015, UBS AG (consolidated) employed 58,131 full-time equivalent personnel. The difference comprises 4 full-time equivalents in Wealth Management and 1,964 full-time equivalents in Corporate Center – Services.

### Attracting and recruiting talent

We are committed to developing our existing employees' skills while hiring the best available talent, as required, to sustain and grow our core businesses. In 2015, 34% of all open positions were filled by internal candidates. We also hired 8,988 external candidates across the firm, with Wealth Management hiring 328 client advisors and Wealth Management Americas hiring 389 financial advisors.

In 2015, we further integrated the UBS House View on Leadership, explicit expectations for what good leadership looks like at UBS, and the Principles and Behaviors into our recruitment processes. We also want to hire talented women at all levels, especially within middle and senior management. Therefore, we further strengthened our recruitment procedures in 2015 to help ensure that qualified female candidates are fully considered for open roles.

Employees in nearshore or offshore locations comprised a larger percentage of our global workforce in 2015 than in 2014. In particular, the growth of our Business Solution Centers resulted in significant recruiting activities in Nashville (US), Pune (India), and Shanghai (China), as well as in Krakow and Wroclaw (Poland). We expect those hiring trends to continue in 2016.

Hiring and training a pipeline of young talent is a priority for us. In 2015, 475 university graduates were hired into one of our undergraduate or MBA graduate talent programs, along with 820 interns. Both groups bring new perspectives and skills to our global teams and comprise a continuous source of high-quality talent. In Switzerland, this was the third consecutive year in which we increased the number of new apprentices in conjunction with the UBS Education Initiative, hiring a total of 296 apprentices for business and information technology roles. We also recruited 193 trainees into

Source: UBS AG, 20-F, March 18, 2016
Powered by Morningstar Document Research.
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

### Note 2b  Segment reporting by geographic location

The operating regions shown in the table below correspond to the regional management structure of the Group. The allocation of operating income to these regions reflects, and is consistent with, the basis on which the business is managed and its performance evaluated. These allocations involve assumptions and judgments that management considers to be reasonable, and may be refined to reflect changes in estimates or management structure. The main principles of the allocation methodology are that client revenues are attributed to the domicile of the client and trading and portfolio management revenues are attributed to the country where the risk is managed. This revenue attribution is consistent with the mandate of the country and regional Presidents. Certain revenues, such as those related to Corporate Center – Non-core and Legacy Portfolio, are managed at a Group level. These revenues are included in the *Global* line.

The geographic analysis of non-current assets is based on the location of the entity in which the assets are recorded.

**For the year ended 31 December 2015**

|  | Total operating income | | Total non-current assets | |
|---|---|---|---|---|
|  | CHF billion | Share % | CHF billion | Share % |
| Americas | 11.3 | 37 | 7.1 | 47 |
| *of which: USA* | *10.7* | *35* | *6.7* | *44* |
| Asia Pacific | 5.0 | 16 | 0.5 | 3 |
| Europe, Middle East and Africa | 6.8 | 22 | 1.7 | 11 |
| Switzerland | 7.1 | 23 | 5.9 | 39 |
| Global | 0.5 | 2 | 0.0 | 0 |
| **Total** | **30.6** | **100** | **15.2** | **100** |

**For the year ended 31 December 2014**

|  | Total operating income | | Total non-current assets | |
|---|---|---|---|---|
|  | CHF billion | Share % | CHF billion | Share % |
| Americas | 10.7 | 38 | 7.0 | 48 |
| *of which: USA* | *10.1* | *36* | *6.6* | *45* |
| Asia Pacific | 4.6 | 16 | 0.4 | 3 |
| Europe, Middle East and Africa | 6.8 | 24 | 1.5 | 10 |
| Switzerland | 6.8 | 24 | 5.6 | 38 |
| Global | (0.9) | (3) | 0.0 | 0 |
| **Total** | **28.0** | **100** | **14.6** | **100** |

**For the year ended 31 December 2013**

|  | Total operating income | | Total non-current assets | |
|---|---|---|---|---|
|  | CHF billion | Share % | CHF billion | Share % |
| Americas | 10.2 | 37 | 6.1 | 46 |
| *of which: USA* | *9.6* | *35* | *5.6* | *43* |
| Asia Pacific | 4.5 | 16 | 0.4 | 3 |
| Europe, Middle East and Africa | 6.6 | 24 | 1.5 | 11 |
| Switzerland | 6.8 | 25 | 5.3 | 40 |
| Global | (0.4) | (1) | 0.0 | 0 |
| **Total** | **27.7** | **100** | **13.1** | **100** |

Powered by Morningstar Document Research

Source: UBS AG, 20-F, March 18, 2016

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.