# EXHIBIT 4


## CME Group

# Find a complete list of Clearing Firm Members from CME Group.

### Clearing Firms      Clearing Firms Member Numbers

| Clearing Firm | CME | CBOT | NYMEX | COMEX | OTC IRS | OTC CDS | OTC FX | OTC IR Swaptions |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO Clearing Chicago LLC | ✔ | ✔ | ✔ | ✔ | | | | |
| ADM Investor Services, Inc. | ✔ | ✔ | ✔ | ✔ | | | | |
| Advantage Futures, LLC | ✔ | ✔ | ✔ | ✔ | | | | |
| Bank of Montreal | | | | | ✔ | | | |
| Barclays Capital Inc. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | | ✔ |
| BMO Capital Markets Corp. | ✔ | ✔ | ✔ | ✔ | | | | |
| BNP Paribas Prime Brokerage, Inc. | | | ✔ | ✔ | | | | |
| BNP Paribas Securities Corp. | ✔ | ✔ | | | ✔ | ✔ | | |
| BOCI Commodities and Futures (USA) LLC | ✔ | ✔ | ✔ | ✔ | | | | |
| BP Energy Company | | | ✔ | | | | | |
| BP Products North America Inc. | | | ✔ | | | | | |
| Bunge Chicago, Inc. | | ✔ | | | | | | |
| Cantor Fitzgerald & Co. | ✔ | ✔ | | | | | | |
| China Merchants Futures (HK) Co., Limited [+] | ✔ | ✔ | ✔ | ✔ | | | | |
| CHS Hedging, LLC | | ✔ | | | | | | |
| CIBC World Markets Corp. | ✔ | | | | | | | |
| Citigroup Global Markets Inc. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | |
| Credit Agricole Corporate and Investment Bank | | | | | ✔ | | | |
| Credit Suisse Securities (USA) LLC | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Credit Suisse International | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | | ✔ |

Case 1:15-cv-07317-GHW   Document 147-4   Filed 09/29/16   Page 3 of 4

| Clearing Firm | CME | CBOT | NYMEX | COMEX | OTC IRS | OTC CDS | OTC FX | OTC IR Swaptions |
|---|---|---|---|---|---|---|---|---|
| Cunningham Commodities, Inc. |  | ✔ |  |  |  |  |  |  |
| Daiwa Capital Markets America Inc. | ✔ | ✔ |  |  |  |  |  |  |
| Deutsche Bank Securities Inc. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |  |
| Dorman Trading, L.L.C. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| E D & F Man Capital Markets Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Eagle Market Makers, Inc. | ✔ | ✔ | ✔ |  |  |  |  |  |
| EFL Futures Limited | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| G.H. Financials, LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Gelber Group, LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| GF Financial Markets (UK) Limited [+] |  | ✔ | ✔ | ✔ |  |  |  |  |
| Goldman, Sachs & Co. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |  |
| HSBC Securities (USA) Inc. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |
| Interactive Brokers LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| INTL FCStone Financial Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Jump Trading Futures, LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| J.P. Morgan Securities LLC | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |
| KCG Americas LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Macquarie Futures USA LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Marex North America LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Merrill Lynch, Pierce, Fenner & Smith Inc. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |
| Mizuho Securities USA Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Morgan Stanley & Co. LLC | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |  |
| Nanhua USA LLC | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Nomura Securities International, Inc. | ✔ | ✔ | ✔ | ✔ | ✔ |  |  |  |
| Phillip Capital Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| Proxima Clearing, LLC |  |  | ✔ |  |  |  |  |  |
| Rabo Securities USA Inc. |  |  |  |  | ✔ |  |  |  |
| Rand Financial Services Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |
| RBC Capital Markets LLC | ✔ | ✔ | ✔ | ✔ | ✔ |  |  |  |
| RBS Securities Inc. | ✔ | ✔ | ✔ | ✔ |  |  |  |  |

| Clearing Firm | CME | CBOT | NYMEX | COMEX | OTC IRS | OTC CDS | OTC FX | OTC IR Swaptions |
|---|---|---|---|---|---|---|---|---|
| RDG Trading | | ✓ | | | | | | |
| R.J. O'Brien & Associates, LLC | ✓ | ✓ | ✓ | ✓ | | | | |
| Ronin Capital, LLC | ✓ | ✓ | | | | | | |
| Rosenthal Collins Group, L.L.C. | ✓ | ✓ | ✓ | ✓ | | | | |
| Royal Bank of Canada | | | | | ✓ | | | |
| Santander Investment Securities Inc. | ✓ | ✓ | ✓ | ✓ | | | | |
| Scotia Capital (USA) Inc. | ✓ | ✓ | ✓ | ✓ | | | | |
| SG Americas Securities LLC | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| Societe Generale | | | | | ✓ | ✓ | | |
| State Street Global Markets, LLC | ✓ | ✓ | | | | | | |
| Straits Financial LLC | ✓ | ✓ | ✓ | ✓ | | | | |
| Term Commodities Inc. | | ✓ | ✓ | | | | | |
| The Bank of Nova Scotia | | | | ✓ | ✓ | | | |
| The Royal Bank of Scotland plc | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| The Toronto-Dominion Bank | | | | | ✓ | | | |
| Timber Hill LLC | ✓ | ✓ | ✓ | ✓ | | | | |
| TradeStation Securities, Inc. | ✓ | ✓ | ✓ | ✓ | | | | |
| UBS Securities LLC | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| UOBBF Clearing Limited [+] | ✓ | ✓ | ✓ | ✓ | | | | |
| Wedbush Securities, Inc. | ✓ | ✓ | ✓ | ✓ | | | | |
| Wells Fargo Securities, LLC | ✓ | ✓ | ✓ | ✓ | ✓ | | | |

[+] - Denotes Firm is Not Actively Clearing