**EXHIBIT 1**

PRODUCTS
# Commodities

**OVERVIEW**



We manage commodity exposure around the clock and give our clients the necessary products to manage price risks effectively.

Our commodity trading, sales and structuring teams are active in the following commodity markets:

**WE OFFER**

**Base Metals:** Aluminium, Cobalt, Copper, Lead, Nickel, Tin and Zinc
**Precious Metals:** Gold, Palladium, Platinum, Rhodium and Silver
**Energy:** Crude oil and its related products, as well as Carbon Credits
**Bulk Commodities:** Coal and Iron ore

We have a strong emerging markets presence with well-established offices in:

- Dubai
- London
- New York
- Shanghai
- Singapore
- Tokyo

These offices allow us to be a significant physical supplier to high demand regions such as the UAE, India and Far East Asia.

TALK TO US

For financing, trading and risk management, physical commodity purchases and sales.

We deliver bespoke solutions across the full commodity value chain to all our clients.

Terms and Conditions (/CorporateSite/Home/TermsAndConditions) | Regulatory and Disclosures (/CorporateSite/Home/RegulatoryAndDisclosures)

COPYRIGHT © ICBC STANDARD BANK PLC 2016. ALL RIGHTS RESERVED. Copyright in the pages and in the screens displaying the pages, and in the information and material therein and in their arrangement, is owned by ICBC Standard Bank plc unless otherwise indicated.